# UNITED STATES DISTRICT COURT

for

# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

U.S.A. vs. Reginald Wayne Lucas                                          Docket No. 5:01-CR-205-1BO

## Petition for Action on Supervised Release

COMES NOW Timothy L. Gupton, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Reginald Wayne Lucas, who, upon an earlier plea of guilty to 21 U.S.C. §§ 841(a)(1) and 846: Conspiracy to Distribute and Possession With Intent to Distribute More Than 50 Grams of Cocaine Base (Crack), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on April 24, 2002, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Reginald Wayne Lucas was released from custody on April 19, 2010, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On February 22, 2011, the defendant tested positive for the use of cocaine. When confronted by the probation officer, the defendant denied using any controlled substances; however, the sample was confirmed to be positive by Alere Toxicology Services, Inc., in Richmond, Virginia. In view of this drug use, enrollment in the DROPS Program is recommended as a sanction. The defendant has also been enrolled in substance abuse counseling. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. While under supervision in the Eastern District of North Carolina, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; and Third Use - Ten Days.

Reginald Wayne Lucas
Docket No. 5:01-CR-205-1BO
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/Michael C. Brittain | /s/Timothy L. Gupton |
| Michael C. Brittain | Timothy L. Gupton |
| Senior U.S. Probation Officer | U.S. Probation Officer |
|  | 310 New Bern Avenue, Room 610 |
|  | Raleigh, NC 27601-1441 |
|  | Phone: (919) 861-8660 |
|  | Executed On: March 14, 2011 |

## ORDER OF COURT

Considered and ordered this __17__ day of __March__, 2011, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge